KRISTEN L. RICHER (SBN 315883)
kristen.richer@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

NADINE S. KOHANE (admitted *pro hac vice*)
nkohane@btlaw.com
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001

*Attorneys for Defendant* Lyft, Inc.

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:26-MD-03171-RFL |
| | Judge: Honorable Rita F. Lin |
| This document relates to:<br>*Doe (C.G.) v. Lyft Inc.*, 26-cv-04526<br>*Jane Doe (E.J.) v. Lyft Inc.*, 26-cv-01274<br>*Doe (R.P.) v. Lyft, Inc.*, 25-cv-07930<br>*Doe (I.H.) v. Lyft, Inc. et al.*, 25-cv-07412<br>*Doe NLG (B.J.) v. Lyft, Inc.*, 25-cv-07369<br>*C.H. v. Lyft, Inc.*, 26-cv-02923 | **~~[PROPOSED]~~ ORDER TO SHOW CAUSE** |

Amended Pretrial Order 17 requires a Plaintiff to serve a verified fact sheet within 30 days of their ride being verified. Lyft has represented that none of the Plaintiffs in the above-referenced cases have done so—even after Lyft provided the required notice to their counsel. On November 9, 2026, Lyft moved for an order to show cause why the Court should not dismiss without prejudice the above-referenced cases under Amended Pretrial Order 17. Accordingly, it is hereby

ORDERED that by November 23, 2026, Plaintiffs in the above-referenced case shall show cause why the Court should not dismiss their cases without prejudice for failure to timely serve their fact sheets.

**IT IS SO ORDERED.**

Dated: November 9, 2026

Hon. Rita F. Lin
United States District Court Judge